633 A.2d 134

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Samuel KENT, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 29, 1993.

Decided Nov. 1, 1993.

John W. Packel, David Zuckerman, Philadelphia, for appellants.

Catherine Marshall, Laurie Magid, Ronald Eisenberg, Philadelphia, for appellees.

360

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## *ORDER*

PER CURIAM.

The appeal is dismissed as having been improvidently granted.

LARSEN, J., did not participate in the decision of this case.